UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-24704-CIV-MORENO**

SONIA MENEGHETTI, on behalf of herself
and all others similarly situated,

      Plaintiff,

vs.

BRUCE HORNSTEIN, individually, and
BRUCE HORNSTEIN, P.A., a Florida
Corporation,

      Defendants.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement **(D.E. 13)**, filed on **January 29, 2019**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this __30__ of January 2019.

                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record